1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  MATTHEW L. McCARTHY (CABN 217871)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-6838
7      FAX: (415) 436-7239
       Matthew.McCarthy@usdoj.gov
8
   Attorneys for United States of America

**FILED**

OCT 27 2016

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) NO. 85-CR-0024-8 EXE |
|---|---|
| Plaintiff, | ) NOTICE OF DISMISSAL |
| v. | ) |
| BRUCE H. CHASSER, | ) |
| Defendant. | ) |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictment as to the above-named defendant and moves that the Court quash the arrest warrant issued in connection with the indictment in this case.

DATED: 10/25/16

Respectfully submitted,

BRIAN J. STRETCH
United States Attorney

BARBARA J. VALLIERE
Chief, Criminal Division

NOTICE OF DISMISSAL (CR 85-CR-0024-8 EXE)

1     Leave is granted to the government to dismiss the indictment. It is further ordered that the arrest
2 warrant issued in connection with the Indictment is quashed.

3

4

5 Date: 10/26/16

                                    HON. VINCE CHHABRIA
6                                     United States District Judge

NOTICE OF DISMISSAL (CR 85-CR-0024-8 EXE)